```
┌─────────────────────────────────┐
│ ── FILED ──── LODGED ──          │
│        ──── RECEIVED             │
│         JUL 1 6 2019             │
│        CLERK U.S. DISTRICT COURT │
│ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY                     DEPUTY    │
└─────────────────────────────────┘
```

The Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC ROBERTS,<br><br>Defendant. | CASE NO. MJ19 - 5127<br><br>**COMPLAINT for VIOLATION**<br>**26 U.S.C. § 5861(d)**<br>**26 U.S.C. § 5845(a)(4)** |

BEFORE, The Honorable J. Richard Creatura, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

The undersigned complainant, being duly sworn alleges:

## COUNT 1

### (Possession of an Unregistered National Firearms Act Weapon)

On or about between July 9 and July 10, 2019, in Thurston County, within the Western District of Washington, ERIC ROBERTS, knowingly received and possessed a firearm, that is, an Anderson Manufacturing, Model AM-15, multi-caliber rifle with serial number 16434901, a short barrel rifle not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), and 5845(a)(4).

COMPLAINT/ROBERTS
USAO #2019R00654- 1

1

2      And the Complainant states that this Complaint is based on the following

3 information:

4      I, Kit Radosevich, being first duly sworn on oath, depose and say:

5 **I.**     **INTRODUCTION**

6      1.     I am currently employed as a Special Agent (SA) with the Bureau of

7 Alcohol, Tobacco and Firearms (ATF). I have been employed by ATF since May 2015.

8 I am "an investigative or law enforcement officer" of the United States within the

9 meaning of Title 18, United States Code, Section 2510(7), and empowered by law to

10 conduct investigations of, and to make arrests for, offenses against the United States, as

11 codified at Title 18, United States Code, Section 3051. I have completed the Criminal

12 Investigator Training Program, and the ATF Special Agent Basic Training Academy,

13 which is taught at the Federal Law Enforcement Training Center located in Brunswick,

14 Georgia. During my employment with ATF, I have conducted, and participated in, a

15 variety of investigations, including investigations into violations of federal firearms laws.

16      2.     As further detailed below, based on my investigation and the investigation

17 of other law enforcement officers, I believe there is probable cause to conclude that ERIC

18 ROBERTS has committed the offenses charged in Count 1 of this Complaint—namely,

19 possession of an unregistered firearms act weapon in violation of Title 26, United States

20 Code, Sections 5861(d), and 5845(a)(4).

21      3.     The facts set forth in this complaint are based on my own personal

22 knowledge; knowledge obtained from other individuals during my participation in this

23 investigation, including other law enforcement officers; review of documents and records

24 related to this investigation; communications with others who have personal knowledge

25 of the events and circumstances described herein; and information gained through my

26 training and experience. I have read reports written by multiple law enforcement officers

27 regarding the investigation and arrest of Eric Lee Roberts. I have also participated in

28

COMPLAINT/ROBERTS
USAO #2019R00654- 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1 conducting background investigations, including criminal histories, pertaining to the
2 investigation for the offense described above.

3      4.    Because this complaint is offered for the limited purpose of establishing
4 probable cause, I list only those facts that I believe are necessary to support such a
5 finding.  I do not purport to list every fact known to me or others as a result of this
6 investigation.

7         **II.**    **SUMMARY OF INVESTIGATION**

8      5.    On March 9, 2009 the Tenino Police Department took a report of a possible
9 missing person at 719 State Route 507 SE for Nancy Moyer, DOB 11-22-1972. Tenino
10 Police Officers conducted a preliminary investigation by contacting Moyer's family
11 members and coworkers, but were unable to discover any information that led to her
12 location.  On March 11, 2009 the Thurston County Sheriff's Office (TCSO) took over the
13 investigation.  Over the course of ten years, despite various efforts by law enforcement,
14 Moyer has not been located.

15      6.    On July 9, 2019, at approximately 1500 hours, Eric ROBERTS, DOB 05-
16 07-1966, called 911 dispatch to say that he wanted to confess to the murder of Moyer.
17 ROBERTS stated that he killed Moyer ten years ago and he felt tired of holding it inside.
18 ROBERTS identified himself by giving his full name including middle name and date of
19 birth and stated he lived at the resident of 16546 Sheldon Lane SW Rochester,
20 Washington. During interviews with Thurston County Sheriff's Detectives, ROBERTS
21 stated he accidentally strangled Moyer with a scarf in his house during sex when he was
22 intoxicated. ROBERTS advised Detectives to look for Moyer's remains in his backyard
23 and in his basement.

24      7.    On July 10, 2019, the Thurston County Sheriff's Office conducted a search
25 warrant on Robert's residence for human remains and evidence of Moyer's murder. Prior
26 to the search warrant, Roberts had advised Detectives that he was the only person that
27 lived in the residence. During the search, Detectives located approximately seventeen
28

COMPLAINT/ROBERTS
USAO #2019R00654- 3

1 | (17) firearms. The two firearms described below were located in ROBERTS' bedroom, in
2 | plain view.

3 |       a.     An Anderson Manufacturing, Model AM-15, multi-caliber rifle with serial
4 | number 16434901;

5 |       b.     A Masterpiece Arms, MAC 10-style, 9mm pistol with serial number F0832
6 | (with following suspected silencer attached);

7 |       c.     What appeared to be an unmarked, black, removable silencer.

8 |      The rifle was located laying on ROBERTS' bed, and the pistol was located laying
9 | on the floor next to the bed.

10 | 8.     Detectives seized all seventeen (17) firearms for safekeeping under TCSO case
11 | #19-03712.  Laboratory analysis will be required to determine if the suspected silencer
12 | qualifies as a silencer under federal law.

13 |      9.     On 7/15/2019, Thurston County Sheriff's Office Detectives contacted ATF
14 | Special Agent (SA) Kit Radosevich for assistance in examining the firearms. SA
15 | Radosevich measured the Anderson Manufacturing, Model AM-15, multi-caliber rifle
16 | with serial number 16434901. SA Radosevich determined that the firearm qualified as a
17 | short barrel rifle under federal law with a barrel length of approximately 8.5 inches and
18 | an overall length of approximately 24.5 inches.

19 |      10.     SA Radosevich requested a query of the National Firearms Act Registry to
20 | determine if ROBERTS had a license to legally own these firearms. The query returned
21 | one record associated with ROBERTS for a suppressor. However, the licensed suppressor
22 | described in the database did not match the description of the unmarked, un-serialized
23 | suppressor located in ROBERTS' bedroom. No record was located for the short barrel,
24 | Anderson Manufacturing, Model AM-15, multi-caliber rifle with serial number
25 | 16434901.

26 |      11.     My review of ROBERTS' criminal history indicates that ROBERTS has
27 | two misdemeanor convictions for Public Disturbance and Obstructing a Public Servant.
28 | ROBERTS also has an active misdemeanor warrant for the following charge as of the

COMPLAINT/ROBERTS
USAO #2019R00654- 4

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  writing of this complaint:  Assault-4 Domestic Violence, Snohomish County Superior

2  Court Case # 8Z0639122, Date of Offense: 7/2/2018.

3  ### III.   CONCLUSION

4      12.      Based on the above facts, I believe that there is probable cause to conclude

5  that on or between July 9 and July 10, 2019 in the Western District of Washington, ERIC

6  ROBERTS, committed the crime of Possession of an Unregistered National Firearms Act

7  Weapon, in violation of Title 26, United States Code, Sections 5861(d), and 5845(a)(4).

8

9  **KIT RADOSEVICH, Complainant**

10  **Special Agent**

11  **Bureau of Alcohol, Tobacco and Firearms**

12

13  Based on the Complaint and Affidavit sworn to before me, and subscribed in my

14  presence, the Court hereby finds that there is probable cause to believe the Defendant

15  committed the offenses set forth in the Complaint.

16      DATED this 16th day of July, 2019.

17

18

19  **J. RICHARD CREATURA**
   **United States Magistrate Judge**

20

21

22

23

24

25

26

27

28

COMPLAINT/ROBERTS
USAO #2019R00654- 5

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800